UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Chapter 7 Case |
|---|---|
| **Jerri Mitchell,** | Case No. **08-19956** |
| Debtor. | Honorable Janet S. Baer – Du Page Co. |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, November 30, 2018** at **11:00 AM** I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, IL 60134, or before any other Bankruptcy Judge who may be sitting in her place and shall present the U.S. Trustee's **Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee,** a copy of which is attached and served on you.

*/s/ Denise A. DeLaurent*
Denise A. DeLaurent, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3326

### CERTIFICATE OF SERVICE

I, Denise A. DeLaurent, Attorney, state that on November 14, 2018, pursuant to Local Rule 9013-1(D) the above **Notice of Motion** and **Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/ Denise A. DeLaurent*

1

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Bradley S Covey     bradley.covey@gmail.com
Brenda Porter Helms     brenda.helms@albanybank.com
Dana N O'Brien     dana.obrien@mccalla.com

**Parties Served via First Class Mail:**

Jerri Mitchell
7 N. Tower Road
Oak Brook, IL 60523

Jerri Mitchell
1725 35TH St 2210
Oak Brook, IL  60523-2647

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Chapter 7 Case |
|---|---|
| **Jerri Mitchell,** | Case No. **08-19956** |
| Debtor. | Honorable Janet S. Baer – Du Page Co. |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE AND
AUTHORIZING THE APPOINTMENT OF A CHAPTER 7 TRUSTEE**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through his Attorney, Denise A. DeLaurent, hereby requests this Court enter an order reopening this case and authorizing the U.S. Trustee to appoint a chapter 7 trustee. In support of his motion, the U.S. Trustee respectfully states as follows:

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

3. On July 31, 2008, Jerri Mitchell ("Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, and converted this case to Chapter 7 on October 5, 2011.

4. Brenda Porter Helms was appointed and served as the Chapter 7 Trustee ("Chapter 7 Trustee"). On November 9, 2011, the Chapter 7 Trustee filed a No Asset Report. [Doc. 42] Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing the

1

bankruptcy case.

5.  After the closing of the case, the U.S. Trustee received notification that the Debtor may be entitled to surplus funds held by the Du Page County Sheriff's Office.

6.  Upon information and belief, the U.S. Trustee believes that these funds may be property of the estate pursuant to 11 U.S.C. § 541(a).

### RELIEF REQUESTED

7.  Section 350 of the Bankruptcy Code provides as follows:

    (a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.
    (b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

8.  Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) for such other and further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: November 14, 2018            By: /s/ Denise A. DeLaurent
                                    Denise A. DeLaurent, Attorney
                                    OFFICE OF THE U.S. TRUSTEE
                                    219 S. Dearborn Street
                                    Chicago, IL  60604
                                    (312) 886-3326

2