IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 08-19956 |
| JERRI MITCHELL | ) | |
| | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF MOTION

TO:  Parties listed on the attached Service List

   PLEASE TAKE NOTICE that on Friday, March 15, 2019, at 11:000 a.m., the undersigned shall appear before the Honorable Janet S. Baer, United States Bankruptcy Judge, or any other judge sitting in her place and stead, in Courtroom 240, Kane County Courthouse, 100 S. Third Street, Geneva, Illinois and then and there present the attached Trustee's Motion to Employ Special Counsel Retroactive to December 26, 2018, a copy of which is attached hereto and hereby served upon you.


                                          _/s/ Brenda Porter Helms

### CERTIFICATE OF SERVICE

     The undersigned certifies that pursuant to Section H, B, 4 of the Administrative Procedures for the Case Management/Electronic Case filing System, service of the above-mentioned Notice and Motion on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the attached Service List, he/she was served a copy as set forth therein, this 8th day of March, 2019, at 3400 W. Lawrence Avenue, Chicago Illinois.


                                          __/s/ Brenda Porter Helms    

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

## SERVICE LIST

Service via Court's electronic notification system

Office of U.S. Trustee  USTPRegion11.ES.ECF@usdoj.gov
Bradley S Covey bradley.covey@gmail.com
Dana N O'Brien dana.obrien@mccalla.com


Service via U.S. Mail, postage prepaid

Jerri Mitchell
7 N. Tower Road
Oak Brook, IL 60523

Jerri Mitchell
1725 35TH St 2210
Oak Brook, IL 60523-2647

Vincent Robertelli
Giagnorio & Robertelli, Ltd.
130 S. Bloomingdale Rd.
P.O. Box 726
Bloomingdale, IL  60108-0726

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | NO. 08-19956 |
| JERRI MITCHELL ) | |
| ) | HON. JANET S. BAER |
| ) | BANKRUPTCY JUDGE |

**TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL<br>RETROACTIVE TO DECEMBER 26, 2018**

NOW COMES the Trustee herein, Brenda Porter Helms, pursuant to 11 U.S.C. section 327(e), and states the following in support of her Motion to Employ Special Counsel ("Motion"):

1. A petition for relief under Chapter 13, Title 11 United States Code was filed by the debtor on July 31, 2008. Said case was converted to one under Chapter 7 on October 5, 2011. The case was closed, but was subsequently reopened by this Court and Brenda Porter Helms was reappointed Trustee on December 6, 2018 and is acting as said Trustee.

2. The Trustee wishes to employ Vincent Robertelli and the law firm of Giagnorio & Robertelli as special counsel in this case to assist her in the administration of the only asset of this estate, the turnover of the excess proceeds from a foreclosure sale.

3. Legal services to be undertaken by said special counsel include review of state court foreclosure files, drafting of motions to reopen the foreclosure case and for distribution of surplus funds.

4. Vincent Robertelli charges $350 per hour for services to be rendered.

5. As evidenced by the attached affidavit of Vincent Robertelli, Exhibit A, he is licensed to practice law in the State of Illinois, is qualified to act as attorney in this matter, and does not have an interest adverse to the estate with respect to the matter on which he is to be employed.

6. During the past twenty-eight years, Vincent Robertelli and his firm have represented other Trustees, debtors and creditors in bankruptcy cases and banks and mortgage lenders in state foreclosure proceedings and are qualified to act in this case.

7. The Trustee believes it is in the best interests of the estate to employ Vincent Robertelli as special counsel to assist her in this matter.

8. The Trustee requests that the employment of Vincent Robertelli is retroactive to December 26, 2018 ("Retroactive Date") which is the date on or about that the Trustee contacted Vincent Robertelli and requested that he assist her, as special counsel, in this matter. Trustee submits that she inadvertently neglected to file her motion to employ special counsel prior to the filing of this motion. Nevertheless, the Trustee believes that the Court would have granted the employment of Vincent Robertelli, under the proposed terms, had she made a timely request to the Court. For these reasons, the Trustee requests that the employment of Vincent Robertelli is retroactive to December 26, 2018.

8. Compensation to said attorneys will be pursuant to order of court after notice and an opportunity for a hearing.

9. All compensation awarded to Vincent Robertelli will be subject to notice, a hearing if requested and further order of this Court.

WHEREFORE, for the reasons set forth above, the Trustee respectfully requests that this Court enter an order authorizing her to employ Victor Robertelli and the law firm of Giagnorio & Robertelli, retroactive to December 26, 2018, as special counsel in this case, with compensation to be awarded subject to court approval and further order of this court, and for such further relief as this Court deems appropriate.

/s/ Brenda Porter Helms, Trustee

Brenda Porter Helms
3400 W. Lawrence Ave.
Chicago IL 60625
(773) 463-6427

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              ) NO. 08-19956
JERRI MITCHELL                      ) HON. JANET S. BAER
                                    ) BANKRUPTCY JUDGE

### AFFIDAVIT OF VINCENT ROBERTELLI

Vincent Robertelli, being duly sworn, and under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Illinois since 1978 and I maintain an office for that purpose at 130 S. Bloomingdale Road, Bloomingdale Illinois. The name of my law firm is Giagnorio & Robertelli.

2. Neither I nor any other employee or of Giagnorio & Robertelli has had any prior contact with the Debtor, has any connection with the Debtor, his creditors, any other party in interest, or his respective attorneys.

3. Neither I nor any other employee, represents any interest adverse to that of the Bankruptcy Estate of the Debtor, the Trustee, or the Debtor in the matters upon which I am to be engaged.

4. To the best of my knowledge, information and belief, neither myself nor any employee hold any interest, or is related to, in any manner, the United States Trustee in the Northern District of Illinois or any of his employees, or any individual serving in any capacity as either United States Trustee or Assistant United States Trustee in any other District.

5. Based on the foregoing, I believe myself and all employees to be "disinterested persons" within the meaning of Sections 101(13) and 327 of the Bankruptcy Code.

6. Pursuant to Section 504 of the Bankruptcy Code, the undersigned states that no agreement or understanding exists between me and any other person for a division of compensation received or to be received in connection with this bankruptcy case. No division of compensation shall be made by me except as provided for in Section 504 of the Bankruptcy Code. No agreement, either express or implied, has been or will be entered into with the Debtors, any creditor, the Trustee in bankruptcy or any representative of any party in interest for the purpose of fixing fees and other compensation to be paid to any party in interest or to any attorney of any party in interest, or to any person for services rendered in connection therewith from the assets for the Estate, contrary to the provisions of the

Bankruptcy Code.

Executed on December 6, 2018

_____
Vincent Robertelli

Subscribed and signed before
me this 6 day of December,
2018.

_____
Notary Public

Official Seal
Lisa Marie Pawelkiewicz
Notary Public, State of Illinois
My Commission Expires Feb. 17, 2020