IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | NO. 08-19956 |
| Jerri Mitchell ) | HON. JANET BAER |
| ) | BANKRUPTCY JUDGE |

TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Brenda Porter Helms, Trustee ("Trustee"), pursuant to 11 U.S.C. section 347 and Rules 3010 and 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed funds with the Clerk of the Bankruptcy Court:

1. The instant chapter 7 bankruptcy was filed and Brenda Porter Helms was appointed Trustee, duly qualified and is acting as said Trustee.

2. The following check was issued on September 30, 2019 to the debtor but was Returned "Unable to Forward".

    Check #3005 payable to Jerri Mitchell in the amount of $15,000

3. The Trustee has attempted to contact the debtor at other potential addresses but all mail has been returned.

4. The following check is being deposited with the Clerk of the Bankruptcy Court:

    Check #3006 in the amount of $15,000

5. By reason of the foregoing, Trustee has deposited these funds by payment of same to the Clerk of the Bankruptcy Court pursuant to section 347of the

Bankruptcy Code.

Respectfully submitted,

/s/Brenda Porter Helms
Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427