UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 08-19956
JERRI MITCHELL )
) Chapter: 7
) Honorable Janet S. Baer
)
) Kane
Debtor(s) )

## ORDER ALLOWING TRUSTEE FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

This matter coming to be heard on the trustee's application for compensation, due notice having been given, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED THAT:

The Trustee is awarded final compensation in the amount of $6,460.03 and reimbursement of expenses in the amount of $15.00.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 31, 2020

**Prepared by:**

Brenda Porter Helms
3400 W. Lawrence Ave.
Chicago IL 60625
(773) 363-6427